UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **EDWARD MOORE** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | **CASE NO: 14-2472-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal entered on June 24, 2015, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 6/24/2015**

                                              **THOMAS M. GOULD**
                                              **Clerk of Court**

                                              **s/Terry L. Haley**
                                           **(By)   Deputy Clerk**